

E-filing

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MARION E. COIT on her behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY ASSURANCE ASSOCIATES LLC; FIDELITY OF GEORGETOWN, INC.; FINANCIAL SERVICES CONSULTANTS, INC.; MILLS, POTOCZAK & COMPANY; DULUDE & CARMOUCHE, INC.; RICHARD H. GUILFORD; BRAD C. THOMPSON; BRENDA TLUCZEK; WILLIAM J. CARMOUCHE; ESTUKO DULUDE; F. NEIL THOMPSON; ANTHONY FEUER and DOES 1 to 500, inclusive<br><br>Defendants. | CIVIL ACTION FILE NO. C08-02585 ADR JCS<br><br>FILE BY FAX |

### NOTICE OF JOINDER OF CERTAIN DEFENDANTS WITH REMOVAL TO UNITED STATES DISTRICT COURT

TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

Defendants Fidelity of Georgetown, Inc., Financial Services Consultants, Inc., Mills, Potoczak & Company, Richard H. Guilford, Brad C. Thompson, F. Neil Thompson ("Joining Defendants") hereby join Fidelity Assurance Associates, LLC ("Fidelity") by and through this undersigned counsel, in removing the above-

styled case from the Superior Court for the State of California in and for the County of Alameda, to the United States District Court for the Northern District of California, pursuant to 28 U.S.C. § 1441, and accordingly incorporates Fidelity's Notice of Removal herein.

Written notice of Joining Defendants joinder with the removal of this action has been given simultaneously herewith to Plaintiffs' counsel. A copy of this Notice of Joinder with Removal will be filed promptly with the clerk of the Superior Court for the State of California in and for the County of Alameda.

WHEREFORE, Joining Defendants pray that the Superior Court for the State of California in and for the County of Alameda proceed no further with Case No. RG08379968, and that said action be removed from the Superior Court for the State of California in and for the County of Alameda, to the United States District Court for the Northern District of California.

Respectfully submitted, this 21st day of May, 2008.

LOCKE LORD BISSELL & LIDDELL LLP

By: _____

Michael Hession (SB# 219103)
1170 Peachtree Street, Suite 1900
Atlanta, Georgia 30309
Tel: (404) 870-4600
Fax: (404) 872-5547

Attorneys for Joining Defendants

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARION E. COIT on her behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY ASSURANCE ASSOCIATES LLC; FIDELITY OF GEORGETOWN, INC.; FINANCIAL SERVICES CONSULTANTS, INC.; MILLS, POTOCZAK & COMPANY; DULUDE & CARMOUCHE, INC.; RICHARD H. GUILFORD; BRAD C. THOMPSON; BRENDA TLUCZEK; WILLIAM J. CARMOUCHE; ESTUKO DULUDE; F. NEIL THOMPSON; ANTHONY FEUER and DOES 1 to 500, inclusive,<br><br>Defendants. | CIVIL ACTION FILE NO. _____ |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing ***NOTICE OF JOINDER OF CERTAIN DEFENDANTS WITH REMOVAL TO UNITED STATES DISTRICT COURT*** by depositing a copy of same in the United States Mail, in an envelope with adequate postage affixed thereto, addressed to counsel of record as follows:

Robert S. Arnes
Morgan C. Smith
Jonathan E. Davis
The Arns Law Firm

- 3 -

515 Folsom Street, 3rd Floor
San Francisco, CA 94105

Kathryn a. Stebner
Stebner and Associates
870 Market Street, Suite 1212
San Fransisco, CA 94102

This ___21st___ day of May, 2008.

_____
Michael Hession