1  ROBERT S. ARNS (SB # 65071)
   MORGAN C. SMITH (SB# 168146)
2  JONATHAN E. DAVIS (SB# 191346)
   **THE ARNS LAW FIRM**
3  515 Folsom Street, 3rd Floor
   San Francisco, CA 94105
4  Tel:   (415) 495-7800
   Fax:   (415) 495-7888
5

6  KATHRYN A. STEBNER (SB #121088)
   **STEBNER AND ASSOCIATES**
7  870 Market Street, Suite 1212
   San Francisco, CA 94102
8  Tel:   (415) 362-9800
   Fax:   (415) 362-9801
9

10  Attorneys for Plaintiffs
    MARION E. COIT on her behalf and
11  on behalf of others similarly situated,

12
                  UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14

15  MARION E. COIT on her behalf and on behalf  )
16  of others similarly situated,               )   No. C-08-02585 JCS
                                                )
17              Plaintiffs,                     )
                                                )   **DEMAND FOR JURY TRIAL**
18  vs.                                         )
                                                )
19                                              )
    FIDELITY ASSURANCE ASSOCIATES,              )
20  LLC; FIDELITY OF GEORGETOWN, INC.;          )
    FINANCIAL SERVICES CONSULTANTS,             )
21  INC.; MILLS, POTOCZAK & COMPANY;            )
22  DULUDE & CARMOUCHE, INC.;                   )
    RICHARD H. GUILFORD; BRAD C.                )
23  THOMPSON; BRENDA TLUCZEK;                   )
    WILLIAM J. CARMOUCHE; ESTUKO                )
24  DULUDE; F. NEIL THOMPSON; ANTHONY           )
25  FEUER and DOES 1 to 500, inclusive          )
                                                )
26              Defendants.                     )
                                                )
27  _____ )

28

Plaintiff MARION E. COIT on her behalf and on behalf of others similarly situated, hereby demands trial by jury in this action.

_____
ROBERT S. ARNS (SB # 65071)
MORGAN C. SMITH (SB# 168146)
STEVEN R. WEINMANN (SB# 190956)
**THE ARNS LAW FIRM**
515 Folsom Street, 3rd Floor
San Francisco, CA 94105
Tel:   (415) 495-7800
Fax:   (415) 495-7888

KATHRYN A. STEBNER (SB #121088)
**STEBNER AND ASSOCIATES**
870 Market Street, Suite 1212
San Francisco, CA 94102
Tel:   (415) 362-9800
Fax:   (415) 362-9801

Attorneys for Plaintiffs
MARION E. COIT on her behalf and
on behalf of others similarly situated,

*Coit v. Fidelity Assurance, et al.*

CERTIFICATE OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States, over the age of 18 years and not a party to, nor interested in, the above-entitled action. I am an employee of The Arns Law Firm, A Professional Corporation, and my business address is 515 Folsom Street, 3rd Floor, San Francisco, CA 94105

On May 28, 2008, I served the following:   Demand for Jury Trial   on all interested parties in the above cause, by:

___X___ **REGULAR MAIL** by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. Said envelope was thereafter deposited in the United States Mail at San Francisco, California in accordance with this firm's business practice of collection and processing correspondence for mailing of which I am readily familiar. All correspondence is deposited with the United States Postal Service on the same day in the ordinary course of business.

_____ **OVERNIGHT MAIL** by placing a true and correct copy thereof enclosed in a sealed overnight service envelope with postage thereon fully prepaid. Said envelope was thereafter deposited with the overnight service at San Francisco, California in accordance with this firm's business practice of collection and processing correspondence for overnight service of which I am readily familiar. All correspondence is deposited with the United States Postal Service on the same day in the ordinary course of business.

_____ **HAND DELIVERY** by placing a true and correct copy thereof enclosed in a sealed envelope with the name and address of the party to receive the document. Such document was then given to the service or individual signing the bottom of this Proof of Service showing delivery made.

_____ **FACSIMILE** by placing a true and correct copy thereof with a facsimile cover sheet showing service upon the following individuals.

The envelopes were addressed as follows:

| Michael Hession<br>LOCKE, LORD, BISSELL & LIDDELL, LLP<br>1170 Peachtree Street NE, Suite 1900<br>Atlanta, GA 30309<br>PHONE: (404) 870-4649<br>FAX: (404) 806-5649<br>EMAIL: mhession@lockelord.com<br>Representing Fidelity Assurance Associates, LLC; Fidelity of Georgetown, Inc.; Financial Services Consultants, Inc.; Mills Potoczac & Company; Richard H. Gilford; Brad C. Thompson; William J. Carmouche; Brenda Tluczek and Neil Thompson. | Kathryn Stebner<br>Law Office of Kathryn Stebner<br>870 Market St #1212<br>San Francisco, CA 94102<br>PHONE: 415-362-9800<br>FAX: 415-362-9801<br>Co-Counsel for Plaintiffs |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct:

Executed on May 28, 2008 at San Francisco, California.

_____
DANA LANGLEY

-1-