Case 3:08-cv-02585-JCS   Document 5-2   Filed 06/02/2008   Page 1 of 2

**FILED**
JUN 0 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARION E. COIT on her behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIDELITY ASSURANCE ASSOCIATES LLC; FIDELITY OF GEORGETOWN, INC.; FINANCIAL SERVICES CONSULTANTS, INC.; MILLS, POTOCZAK & COMPANY; DULUDE & CARMOUCHE, INC.; RICHARD H. GUILFORD; BRAD C. THOMPSON; BRENDA TLUCZEK; WILLIAM J. CARMOUCHE; ESTUKO DULUDE; F. NEIL THOMPSON; ANTHONY FEUER and DOES 1 to 500, inclusive<br><br>Defendants. | CASE NO. C-08-02585 JCS<br><br>JOINT MOTION EXTENDING TIME FOR CERTAIN DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT<br><br>ORDER |

WHEREAS Defendants Fidelity Assurance Associates, Inc., Fidelity of Georgetown, Inc., Financial Services Consultants, Inc., Mills, Potoczak & Company, Richard H. Guilford, Brad C. Thompson, and F. Neil Thompson ("Defendants") and Plaintiff Marion E. Coit, individually and in her capacity as class representative for the putative class of plaintiffs ("Plaintiffs"), have consented that Defendants shall have through June 23, 2008 to respond to Plaintiffs' Complaint and have moved this Court to issue an order allowing the same,

Locke Lord Bissell & Liddell LLP
1900 The Proscenium, 1170 Peachtree Street, NE
Atlanta, GA 30309

1  IT IS HEREBY ORDERED that Defendants shall have through June 23, 2008
2  to respond to Plaintiffs' Complaint.
3
4  This __3rd__ day of __June__, 2008.

_____
The Honorable Joseph C. Spero
United States District Judge