MICHAEL A. HESSION (SB # 219103)
**LOCKE LORD BISSELL & LIDDELL LLP**
The Proscenium, Suite 1900
1170 Peachtree Street, NE
Atlanta, GA  30309
Tel:  404-870-4600
Fax:  404-872-5547

Attorney for Certain Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARION E. COIT on her behalf and on behalf of others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>FIDELITY ASSURANCE ASSOCIATES LLC; FIDELITY OF GEORGETOWN, INC.; FINANCIAL SERVICES CONSULTANTS, INC.; MILLS, POTOCZAK & COMPANY; DULUDE & CARMOUCHE, INC.; RICHARD H. GUILFORD; BRAD C. THOMPSON; BRENDA TLUCZEK; WILLIAM J. CARMOUCHE; ESTUKO DULUDE; F. NEIL THOMPSON; ANTHONY FEUER and DOES 1 to 500, inclusive<br><br>Defendants. | CASE NO. C-08-02585 JCS<br><br>~~PROPOSED~~ ORDER FOR JOINT MOTION EXTENDING TIME FOR CERTAIN DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT |

**WHEREAS** Defendants Fidelity Assurance Associates, Inc., Fidelity of Georgetown, Inc., Financial Services Consultants, Inc., Mills, Potoczak & Company, Richard H. Guilford, Brad C. Thompson, Brenda Tluczek, William J. Carmouche and F. Neil Thompson ("Defendants") and Plaintiff Marion E. Coit, individually and in her capacity as class representative for the putative class of plaintiffs ("Plaintiffs"), have consented that Defendants shall have ten (10) business days to respond to Plaintiffs' Complaint running from either (1) the date this Court denies Plaintiffs' Motion To Remand, or (2) should this Court grant Plaintiffs' motion, the date on which the case is docketed in the State Court, and have moved this Court to issue an order allowing the same,

IT IS HEREBY ORDERED that Defendants shall have ten (10) business days to respond to Plaintiffs' Complaint running from either (1) the date this Court denies Plaintiff's Motion To Remand, or (2) should this Court grant Plaintiffs' motion, the date on which the case is docketed in the State Court.

This __23rd__ day of __June__, 2008.

_____
The Honorable Joseph C. Spero
United States District Judge

| | |
|---|---|
| s/ Morgan C. Smith | s/ Michael A. Hession |
| Morgan C. Smith (SB # 168146) | Michael A. Hession (SB # 219103) |
| THE ARNS LAW FIRM | LOCKE LORD BISSELL & LIDDELL LLP |
| 515 Folsom Street, 3rd Floor | The Proscenium, Suite 1900 |
| San Francisco, CA 94105 | 1170 Peachtree Street, N.E. |
| Telephone: 415-495-7800 | Atlanta, GA 30309 |
| Facsimile: 415-495-7888 | Telephone: 404-870-4600 |
| E-mail: mcs@arnslaw.com | Facsimile: 404-872-5547 |
| | E-mail: mhession@lockelord.com |

Locke Lord Bissell & Liddell LLP
1900 The Proscenium, 1170 Peachtree Street, NE
Atlanta, GA 30309

*Attorney for Plaintiff*

                                                                          *Attorney for Certain Defendants*

**Locke Lord Bissell & Liddell LLP**
1900 The Proscenium, 1170 Peachtree Street, NE
Atlanta, GA 30309

*Coit v. Fidelity Assurance, et al.*

## CERTIFICATE OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States, over the age of 18 years and not a party to, nor interested in, the above-entitled action. I am an employee of Locke Lord Bissell & Liddell LLP, A Professional Corporation, and my business address is The Proscenium, Suite 1900, 1170 Peachtree Street, N.E., Atlanta, GA 30309.

On June ___, 2008, I served the following Joint Motion Extending Time for Certain Defendants to Respond to Plaintiffs' Complaint on all interested parties in the above cause, by:

__XX_____ **REGULAR MAIL** by placing a true and correct copy thereof enclosed in a sealed overnight service envelope with postage thereon fully prepaid. Said envelope was thereafter deposited in the United States Mail at Atlanta, Georgia in accordance with this firm's business practice of collection and processing correspondence for mailing of which I am readily familiar. All correspondence is deposited with the United States Postal Service on the same day in the ordinary course of business.

_____**OVERNIGHT MAIL** by placing a true and correct copy thereof enclosed in a sealed overnight service envelope with postage thereon fully prepaid. Said envelope was thereafter deposited in the United States Mail at Atlanta, Georgia in accordance with this firm's business practice of collection and processing correspondence for mailing of which I am readily familiar. All correspondence is deposited with the United States Postal Service on the same day in the ordinary course of business.

_____**HAND DELIVERY** by placing a true and correct copy thereof enclosed in a sealed envelope with the name and address of the party to receive the document. Such document was then given to the service or individual signing the bottom of this Proof of Service showing delivery made.

_____**FACSIMILE** by placing a true and correct copy thereof with a facsimile cover sheet showing service upon the following individuals.

The envelopes were addressed as follows:

| Robert S. Arns | Kathryn A. Stebner |
| Morgan C. Smith | Stebner and Associates |
| Jonathan E. Davis | 870 Market Street, Suite 1212 |
| The Arns Law Firm | San Francisco, CA 94102 |
| 515 Folsom Street, 3rd Floor | |
| San Francisco, CA 94105 | |

    I declare under penalty of prejury under the laws of the State of California that the foregoing is true and correct:

Executed on June 20, 2008, at Atlanta, Georgia.

                                        <u>s/ Michael A. Hession</u>
                                        Michael A. Hession

**Locke Lord Bissell & Liddell LLP**
1900 The Proscenium, 1170 Peachtree Street, NE
Atlanta, GA 30309