1  MICHAEL A. HESSION (SB # 219103)
2  **LOCKE LORD BISSELL & LIDDELL LLP**
   The Proscenium, Suite 1900
3  1170 Peachtree Street, NE
   Atlanta, GA 30309
4  Tel: 404-870-4600
5  Fax: 404-872-5547

6  Attorney for Certain Defendants

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

| MARION E. COIT on her behalf and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> FIDELITY ASSURANCE ASSOCIATES LLC; FIDELITY OF GEORGETOWN, INC.; FINANCIAL SERVICES CONSULTANTS, INC.; MILLS, POTOCZAK & COMPANY; DULUDE & CARMOUCHE, INC.; RICHARD H. GUILFORD; BRAD C. THOMPSON; BRENDA TLUCZEK; WILLIAM J. CARMOUCHE; ESTUKO DULUDE; F. NEIL THOMPSON; ANTHONY FEUER and DOES 1 to 500, inclusive <br><br> Defendants. | CASE NO. C-08-02585 JCS <br><br> **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** <br> **AND** <br> **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
|---|---|

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The Defendants Fidelity Assurance Associates, Inc., Fidelity of Georgetown, Inc., Financial Services Consultants, Inc., Mills, Potoczak & Company, Richard H. Guilford, Brad C. Thompson, Brenda Tluczek, William J. Carmouche and F. Neil Thompson ("Defendants") in the above-captioned civil matter hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

Dated: June 26, 2008

_____
Michael A. Hession

*Counsel for Defendants*
*Fidelity Assurance Associates, Inc.*
*Fidelity of Georgetown, Inc.*
*Financial Services Consultants, Inc.*
*Mills Potoczak & Company*
*Richard H. Guilford*
*Brad C. Thompson*
*Brenda Tluczek*
*William J. Carmouche*
*F. Neil Thompson*

Locke Lord Bissell & Liddell LLP
1900 The Proscenium, 1170 Peachtree Street, NE
Atlanta, GA 30309