1  ROBERT S. ARNS (SB # 65071)
   MORGAN C. SMITH (SB# 168146)
2  STEVEN R. WEINMANN (SB# 190956)
   **THE ARNS LAW FIRM**
3  515 Folsom Street, 3rd Floor
4  San Francisco, CA 94105
   Tel:   (415) 495-7800
5  Fax:   (415) 495-7888

6
   KATHRYN A. STEBNER (SB #121088)
7  **STEBNER AND ASSOCIATES**
   870 Market Street, Suite 1212
8  San Francisco, CA  94102
   Tel:   (415) 362-9800
9  Fax:   (415) 362-9801

10
   Attorneys for Plaintiffs
11 MARION E. COIT on her behalf and
   on behalf of others similarly situated,
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| MARION E. COIT on her behalf and on behalf of others similarly situated, | **No. CV 08-02585 JSW** |
| Plaintiffs, | **NOTICE OF MOTION FOR REMAND** |
| vs. | |
| FIDELITY ASSURANCE ASSOCIATES, LLC; FIDELITY OF GEORGETOWN, INC.; FINANCIAL SERVICES CONSULTANTS, INC.; MILLS, POTOCZAK & COMPANY; DULUDE & CARMOUCHE, INC.; RICHARD H. GUILFORD; BRAD C. THOMPSON; BRENDA TLUCZEK; WILLIAM J. CARMOUCHE; ESTUKO DULUDE; F. NEIL THOMPSON; ANTHONY FEUER and DOES 1 to 500, inclusive | **DATE: AUGUST 29, 2008** <br> **TIME: 9:00 AM** <br><br> **JUDGE:** <br> **Hon. Jeffrey S. White** <br> **Courtroom 2, 17th Floor** |
| Defendants. | |

-1-

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD

NOTICE IS HEREBY GIVEN that on August 29, 2008 at 9:00 am, or as soon thereafter as counsel may be heard by the above-entitled court, located at 400 Golden Gate Ave., San Francisco, CA 94102, in the Courtroom 2, 17th Floor, plaintiffs will move the court for an Order of Remand to state court based on lack of subject matter jurisdiction. The Motion will be based on this notice of Motion and the Memorandum of Points and Authorities in Support of Motion for Remand, and upon such matters as may be presented to the court at the time of the hearing.

DATED: June 27, 2008



ROBERT S. ARNS (SB # 65071)
MORGAN C. SMITH (SB# 168146)
STEVEN R. WEINMANN (SB# 190956)
**THE ARNS LAW FIRM**
515 Folsom Street, 3rd Floor
San Francisco, CA 94105
Tel:   (415) 495-7800
Fax:   (415) 495-7888

KATHRYN A. STEBNER (SB #121088)
**STEBNER AND ASSOCIATES**
870 Market Street, Suite 1212
San Francisco, CA  94102
Tel:   (415) 362-9800
Fax:   (415) 362-9801

Attorneys for Plaintiffs
MARION E. COIT on her behalf and
on behalf of others similarly situated,

<u>*Coit v. Fidelity Assurance, et al.*</u> **Case Number CV 08-02585 JSW**

CERTIFICATE OF SERVICE

I, the undersigned, declare that I am a citizen of the United States, over the age of 18 years and not a party to, nor interested in, the above-entitled action. I am an employee of The Arns Law Firm, A Professional Corporation, and my business address is 515 Folsom Street, 3rd Floor, San Francisco, CA 94105

On June 27, 2008, I served the following: **NOTICE OF MOTION FOR REMAND** on all interested parties in the above cause, by:

    X    **REGULAR MAIL** by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. Said envelope was thereafter deposited in the United States Mail at San Francisco, California in accordance with this firm's business practice of collection and processing correspondence for mailing of which I am readily familiar. All correspondence is deposited with the United States Postal Service on the same day in the ordinary course of business.

    _____**OVERNIGHT MAIL** by placing a true and correct copy thereof enclosed in a sealed overnight service envelope with postage thereon fully prepaid. Said envelope was thereafter deposited with the overnight service at San Francisco, California in accordance with this firm's business practice of collection and processing correspondence for overnight service of which I am readily familiar. All correspondence is deposited with the United States Postal Service on the same day in the ordinary course of business.

    _____**HAND DELIVERY** by placing a true and correct copy thereof enclosed in a sealed envelope with the name and address of the party to receive the document. Such document was then given to the service or individual signing the bottom of this Proof of Service showing delivery made.

    _____ **FACSIMILE**  by placing a true and correct copy thereof with a facsimile cover sheet showing service upon the following individuals.

The envelopes were addressed as follows:

| | |
|---|---|
| Michael Hession<br>LOCKE, LORD, BISSELL & LIDDELL, LLP<br>1170 Peachtree Street NE, Suite 1900<br>Atlanta, GA 30309<br>PHONE: (404) 870-4649<br>FAX: (404) 806-5649<br>EMAIL: mhession@lockelord.com<br>Representing Fidelity Assurance Associates, LLC;<br>Fidelity of Georgetown, Inc.; Financial Services<br>Consultants, Inc.; Mills Potoczac & Company;<br>Richard H. Gilford; Brad C. Thompson; William J.<br>Carmouche; Brenda Tluczek and Neil Thompson. | Kathryn Stebner<br>Law Office of Kathryn Stebner<br>870 Market St #1212<br>San Francisco, CA 94102<br>PHONE: 415-362-9800<br>FAX: 415-362-9801<br>Co-Counsel for Plaintiffs |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 27, 2008 at San Francisco, California.

*Dana Longley* (signature)