_**Coit v. Fidelity Assurance, et al.**_

## CERTIFICATE OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States, over the age of 18 years and not a party to, nor interested in, the above-entitled action.  I am an employee of Locke Lord Bissell & Liddell LLP, A Professional Corporation, and my business address is The Proscenium, Suite 1900, 1170 Peachtree Street, N.E., Atlanta, GA 30309.

On July 3, 2008,  I served Judge White's Standing Orders on all interested parties in the above cause, by:

___XX_____  **REGULAR MAIL** by placing a true and correct copy thereof enclosed in a sealed overnight service envelope with postage thereon fully prepaid.  Said envelope was thereafter deposited in the United States Mail at Atlanta, Georgia in accordance with this firm's business practice of collection and processing correspondence for mailing of which I am readily familiar.  All correspondence is deposited with the United States Postal Service on the same day in the ordinary course of business.

_____**OVERNIGHT MAIL** by placing a true and correct copy thereof enclosed in a sealed overnight service envelope with postage thereon fully prepaid.  Said envelope was thereafter deposited in the United States Mail at Atlanta, Georgia in accordance with this firm's business practice of collection and processing correspondence for mailing of which I am readily familiar.  All correspondence is deposited with the United States Postal Service on the same day in the ordinary course of business.

_____**HAND DELIVERY** by placing a true and correct copy thereof enclosed in a sealed envelope with the name and address of the party to receive the document.  Such document was then given to the service or individual signing the bottom of this Proof of Service showing delivery made.

_____**FACSIMILE** by placing a true and correct copy thereof with a facsimile cover sheet showing service upon the following individuals.

The envelopes were addressed as follows:

Locke Lord Bissell & Liddell LLP
1900 The Proscenium, 1170 Peachtree Street, NE
Atlanta, GA 30309

1

2

| Robert S. Arns | Kathryn A. Stebner |
|---|---|
| Morgan C. Smith | Stebner and Associates |
| Jonathan E. Davis | 870 Market Street, Suite 1212 |
| The Arns Law Firm | San Francisco, CA 94102 |
| 515 Folsom Street, 3rd Floor | |
| San Francisco, CA 94105 | |

6

7      I declare under penalty of prejury under the laws of the State of California that the foregoing is true and correct:

8

9      Executed on July 3, 2008, at Atlanta, Georgia.

10

11                    s/Michael A. Hession

12                    Michael A. Hession

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Locke Lord Bissell & Liddell LLP**
**1900 The Proscenium, 1170 Peachtree Street, NE**
**Atlanta, GA 30309**