UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARION E. COIT on her behalf and on behalf of others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>FIDELITY ASSURANCE ASSOCIATES LLC; FIDELITY OF GEORGETOWN, INC.; FINANCIAL SERVICES CONSULTANTS, INC.; MILLS, POTOCZAK & COMPANY; DULUDE & CARMOUCHE, INC.; RICHARD H. GUILFORD; BRAD C. THOMPSON; BRENDA TLUCZEK; WILLIAM J. CARMOUCHE; ESTUKO DULUDE; F. NEIL THOMPSON; ANTHONY FEUER and DOES 1 to 500, inclusive<br><br>Defendants. | CASE NO. C-08-02585 JSW<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

J. David Hopkins, an active member in good standing of the bar of the United States District Court for the Northern District of Georgia whose business address and telephone number is:

> Locke Lord Bissell & Liddell LLP
> The Proscenium, Suite 1900
> 1170 Peachtree Street, N.E.
> Atlanta, Georgia 30309
> Telephone No.: 404-870-4677

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Mills, Potoczak & Company; Richard H. Guilford, Brad C. Thompson, Brenda Tluczek, William J.

*Locke Lord Bissell & Liddell LLP*
*1900 The Proscenium, 1170 Peachtree Street, NE*
*Atlanta, GA 30309*

1 Carmouche, F. Neil Thompson, Fidelity Assurance Associates, LLC, Fidelity of
2 Georgetown, Inc., and Financial Services Consultants, Inc.
3    IT IS HEREBY ORDERED THAT the application is granted, subject to the
4 terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
5 appearance *pro hac vice*. Service of papers upon and communication with co-counsel
6 designated in the application will constitute notice to the party. All future filings in
7 this action are subject to the requirements contained in General Order No. 45,
8 *Electronic Case Filing*.

10 Dated: July 21, 2008

            Honorable Jeffrey S. White
            United States District Court