**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

MICHAEL A. HESSION (SB # 219103)
**LOCKE LORD BISSELL & LIDDELL LLP**
The Proscenium, Suite 1900
1170 Peachtree Street, NE
Atlanta, GA  30309
Tel:  404-870-4600
Fax:  404-872-5547

300 S. Grand, Suite 800
Los Angeles, CA 90071
Tel:  213-485-1500
Fax:  213-485-1200

Attorneys for Certain Defendants

| | |
|---|---|
| MARION E. COIT on her behalf and on behalf of others similarly situated<br><br>                    Plaintiffs,<br><br>     vs.<br><br>FIDELITY ASSURANCE ASSOCIATES LLC; FIDELITY OF GEORGETOWN, INC.; FINANCIAL SERVICES CONSULTANTS, INC.; MILLS, POTOCZAK & COMPANY; DULUDE & CARMOUCHE, INC.; RICHARD H. GUILFORD; BRAD C. THOMPSON; BRENDA TLUCZEK; WILLIAM J. CARMOUCHE; ESTUKO DULUDE; F. NEIL THOMPSON; ANTHONY FEUER and DOES 1 to 500, inclusive<br><br>                    Defendants. | **CASE NO. C-08-02585 JSW**<br><br>**DEFENDANTS' FIDELITY ASSURANCE ASSOCIATES, LLC, FIDELITY OF GEORGETOWN, INC., FINANCIAL SERVICES CONSULTANTS, INC., AND MILLS POTOCZAK & COMPANY, JOINT CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

ATL 361464v.1

## JOINT CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Defendants Fidelity Assurance Associates, LLC; Fidelity of Georgetown, Inc.; Financial Service Consultants, Inc.; and Mills, Potoczak & Company hereby submit this Joint Certification of Interested Entities or Persons pursuant to Local Rule 3-16, and discloses the following:

<u>Fidelity Assurance Associates, LLC</u>

None.

<u>Fidelity of Georgetown, Inc.</u>

None.

<u>Financial Service Consultants, Inc.</u>

None.

<u>Mills, Potoczak & Company</u>

Mark G. Mills (Principal)

William M. Potoczak (Principal)

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.

Respectfully submitted this 24th day of July, 2008.

<u>s/ Michael A. Hession</u>
Michael A. Hession (SB # 219103)
LOCKE LORD BISSELL & LIDDELL LLP
The Proscenium, Suite 1900
1170 Peachtree Street, N.E.
Atlanta, GA 30309
Telephone:  404-870-4600
Facsimile:  404-872-5547

300 S. Grand, Suite 800
Los Angeles, CA 90071
Tel:  213-485-1500
Fax:  213-485-1200

E-mail:  mhession@lockelord.com

*Attorney for Certain Defendants*

*Coit v. Fidelity Assurance, et al.*

## CERTIFICATE OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States, over the age of 18 years and not a party to, nor interested in, the above-entitled action. I am an employee of Locke Lord Bissell & Liddell LLP, A Professional Corporation, and my business address is The Proscenium, Suite 1900, 1170 Peachtree Street, N.E., Atlanta, GA 30309.

On July 24, 2008, I served the following Joint Certification of Interested Entities or Persons on all interested parties in the above cause, by:

__XX_____ **REGULAR MAIL** by placing a true and correct copy thereof enclosed in a sealed overnight service envelope with postage thereon fully prepaid. Said envelope was thereafter deposited in the United States Mail at Atlanta, Georgia in accordance with this firm's business practice of collection and processing correspondence for mailing of which I am readily familiar. All correspondence is deposited with the United States Postal Service on the same day in the ordinary course of business.

_____**OVERNIGHT MAIL** by placing a true and correct copy thereof enclosed in a sealed overnight service envelope with postage thereon fully prepaid. Said envelope was thereafter deposited in the United States Mail at Atlanta, Georgia in accordance with this firm's business practice of collection and processing correspondence for mailing of which I am readily familiar. All correspondence is deposited with the United States Postal Service on the same day in the ordinary course of business.

_____**HAND DELIVERY** by placing a true and correct copy thereof enclosed in a sealed envelope with the name and address of the party to receive the document. Such document was then given to the service or individual signing the bottom of this Proof of Service showing delivery made.

_____**FACSIMILE** by placing a true and correct copy thereof with a facsimile cover sheet showing service upon the following individuals.

The envelopes were addressed as follows:

| | |
|---|---|
| Robert S. Arns<br>Morgan C. Smith<br>Jonathan E. Davis<br>The Arns Law Firm<br>515 Folsom Street, 3rd Floor<br>San Francisco, CA 94105 | Kathryn A. Stebner<br>Stebner and Associates<br>870 Market Street, Suite 1212<br>San Francisco, CA 94102 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct:

Executed on July 24, 2008, at Atlanta, Georgia.


        <u>s/ Michael A. Hession</u>
        Michael A. Hession (SB # 219103)

Locke Lord Bissell & Liddell LLP
1900 The Proscenium, 1170 Peachtree Street, NE
Atlanta, GA 30309