

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 7, 2008

**Alameda Superior Court
1225 Fallon Street, Rm 100
Oakland, CA 94612**

RE: CV 08-02585 JSW   MARION E. COIT-v-FIDELITY ASSURANCE ASSOCIATES LLC
     Your Case Number: ( RG 08379968)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(X)    Certified copies of docket entries

(X)    Certified copies of Remand Order

()    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

**ENDORSED
FILED
ALAMEDA COUNTY**

AUG 1 3 2008

**CLERK OF THE SUPERIOR COURT**
By _____ F Wilson _____
Deputy

Sincerely,

RICHARD W. WIEKING, Clerk

by: Hilary D. Jackson
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o mrg civil remand.mrg